MOHAWK IMPROVEMENT COMPANY, INC., Respondent, *v.* MORTIMER EVEREST et al., Appellants.

MOHAWK HYDRO-ELECTRIC COMPANY, Respondent, *v.* MORTIMER EVEREST et al., Appellants.

*Mohawk Improvement Co.* v. *Everest*, 175 App. Div. 956, affirmed.

*Mohawk Hydro-Electric Co.* v. *Everest*, 175 App. Div. 956, affirmed.

(Argued January 22, 1919; decided February 7, 1919.)

APPEAL, in each of the above-entitled actions, from a judgment of the Appellate Division of the Supreme Court

in the third judicial department, entered November 20, 1916, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury in an action to compel specific performance of a contract by which it was alleged defendant Everest agreed to take title to certain real properties and later turn them over to plaintiffs' assignor.

*John T. Norton* for appellants.
*Fred Linus Carroll* for respondents.

Judgment in each case affirmed, with costs; no opinion.
Concur: CHASE, COLLIN, CUDDEBACK, HOGAN, McLAUGHLIN, CRANE and ANDREWS, JJ.